**Order entered March 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00047-CV

**WILBUR LEON BELL, Appellant**

**V.**

**CARNIVAL CORPORATION, CARNIVAL CRUISE LINE, CARNIVAL CONQUEST, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-1309652**

## ORDER

Because the reporter's record has been filed, we **DENY** as moot the reporter's request for extension of time to file the record.

/s/     ELIZABETH LANG-MIERS
         JUSTICE